

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>Agustin Roman,<br><br>              Defendant. | Case No.: CR 12-0244-GHK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on bail resources unknown, outstanding failure to

1  pay on traffic matter, two pending state cases, supervised
2  release already revoked once. Prior probation violations
3  and bench warrants
4  (and)/or
5  B.    (X)   The defendant has not met (his)/her burden of establishing by
6  clear and convincing evidence that (he)/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: two recent drunk driving arrests + two prior
10  convictions for it as well; One of the recent
11  arrests he had a baby in the car
12
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   8/29/13                    /s/ Jean Rosenbluth
18                                      JEAN ROSENBLUTH
                                        U.S. MAGISTRATE JUDGE